| | |
|---|---|
| 1 | MCGREGOR W. SCOTT<br>United States Attorney |
| 2 | ROBERT J. ARTUZ<br>Special Assistant U.S. Attorney |
| 3 | 501 I Street, Suite 10-100<br>Sacramento, CA 95814 |
| 4 | Telephone: (916) 554-2700<br>Facsimile: (916) 554-2900 |
| 5 | |
| 6 | Attorneys for Plaintiff<br>United States of America |

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO. 2:18-CR-000266-WBS |
|---|---|
| Plaintiff, | STIPULATION AND [~~PROPOSED~~] ORDER TO CONTINUE SENTENCING HEARING |
| v. | |
| ERIC LEMOYNE WILLIS, | |
| Defendant. | |

**STIPULATION**

1. By previous order, the Court set this matter for sentencing as to Defendant Eric Lemoyne Willis on November 4, 2019.

2. The parties request additional time to prepare for the sentencing hearing.

3. By this stipulation, the parties now move to continue the sentencing hearing until January 13, 2020.

/ / /

/ / /

/ / /

/ / /

/ / /

STIPULATION AND [PROPOSED] ORDER TO CONTINUE
SENTENCING HEARING

1

IT IS SO STIPULATED.


Dated:  September 9, 2019                              McGREGOR W. SCOTT
                                                       United States Attorney


                                                       /s/ ROBERT J. ARTUZ
                                                       ROBERT J. ARTUZ
                                                       Special Assistant U.S. Attorney


Dated:  September 9, 2019                              /s/ DANIEL OLSEN
                                                       DANIEL OLSEN
                                                       Counsel for Defendant
                                                       ERIC LEMOYNE WILLIS


## FINDINGS AND ORDER

The sentencing hearing for Defendant Eric Lemoyne Willis is hereby continued to January 13, 2020 at 9:00 a.m.

IT IS SO ORDERED.

Dated:  September 10, 2019

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE