JOHN R. MANNING (SBN 220874)
LAW OFFICE OF JOHN R. MANNING
1111 "H" Street, Suite 204
Sacramento, CA. 95814
(916) 444-3994
Fax (916) 447-0931

Attorney for Defendant
DARRON D. ROSS

IN THE UNITED STATES MAGISTRATE COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) CR NO. S-18-0266 WBS |
| | ) |
| Plaintiff, | ) |
| | ) UNOPPOSED REQUEST AND ORDER TO |
| v. | ) MODIFY DEFENDANT'S CONDITIONS |
| | ) OF RELEASE |
| WILLIS ET AL, | ) |
| | ) |
| Defendant. | ) |
| | ) |
| _____ | ) |

Defendant Darron D. Ross is requested Special Condition 14 (ECF# 30) be deleted from

his conditions of release.  Special Condition 14 provides:

"*You must participate in the following location monitoring program component and*

*abide by all the requirements of the program, which will include having a location monitoring*

*unit installed in your residence and a radio frequency transmitter device attached to your*

*person. You must comply with all instructions for the use and operation of said devices as given*

*to you by the Pretrial Services Agency and employees of the monitoring company. You must pay*

*all or part of the costs of the program based upon your ability to pay, as determined by the*

*pretrial services officer.*"

Pretrial Services and counsel for the government were consulted regarding the request made herein and neither has an objection to this request.[1]  As such, Mr. Ross respectfully requests he be granted the relief sought herein.[2]  (Attached to this motion are the Second Amended Special Conditions of Release provided by Pretrial Services consistent with the relief requested herein.)


Dated: September 19, 2019                    Respectfully submitted,

                                             /S/ John R. Manning
                                             John R. Manning
                                             Attorney for Defendant Darron Ross


IT IS SO ORDERED


Dated:  September 20, 2019

                                             _____
                                             CAROLYN K. DELANEY
                                             UNITED STATES MAGISTRATE JUDGE

---

[1]Pretrial Services advised the defendant is presently in compliance with his release conditions and there have been no previous issues with the defendant and compliance with his release conditions.

[2]Should the court agree to this request, present Special Condition 15 (ECF #30) would also be deleted: "*CURFEW: You must remain inside your residence every day from 6:00 pm to 6:00 am, or as adjusted by the pretrial services officer for medical, religious services, employment or court-ordered obligations.*"