McGREGOR W. SCOTT
United States Attorney
ROBERT J. ARTUZ
Special Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>ERIC LEMOYNE WILLIS,<br><br>Defendant. | CASE NO. 2:18-CR-000266-WBS<br><br>STIPULATION AND ORDER TO CONTINUE SENTENCING HEARING AND SET PSR SCHEDULE<br><br>DATE: January 13, 2020<br>TIME: 9:00 AM<br>COURT: Hon. William B. Shubb |

**STIPULATION**

1. By previous order, the Court set this matter for sentencing as to Defendant Eric Lemoyne Willis on January 13, 2020.

2. The parties request additional time to prepare for the sentencing hearing.

3. By this stipulation, the parties now move to continue the sentencing hearing until March 23, 2020.

4. The parties also request that the Court adopt the following PSR disclosure schedule:

- Draft Presentence Report due February 10, 2020
- Informal Objections to the Presentence Report due February 17, 2020
- Final Presentence Report due February 24, 2020
- Motions for Correction/Formal Objections due May 2, 2020

Stipulation and Order to Continue Sentencing
Hearing and Set PSR Schedule

1

5. The parties have also confirmed the requested new schedule with the assigned probation officer.

IT IS SO STIPULATED.

Dated: December 5, 2019

McGREGOR W. SCOTT
United States Attorney

/s/ ROBERT J. ARTUZ
ROBERT J. ARTUZ
Special Assistant U.S. Attorney

Dated: December 5, 2019

/s/ DANIEL OLSEN
DANIEL OLSEN
Counsel for Defendant
ERIC LEMOYNE WILLIS

**FINDINGS AND ORDER**

The sentencing hearing for Defendant Eric Lemoyne Willis is hereby continued to March 23, 2020 at 9:00 a.m., and the parties' proposed PSR schedule is hereby adopted.

IT IS SO ORDERED.

Dated: December 9, 2019

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE