| | |
|---|---|
| Daniel B. Olmos (SBN: 235319) | Jeremy Delicino (SBN: 296120) |
| NOLAN BARTON & OLMOS, LLP | JEREMY M. DELICINO LLC |
| 600 University Ave | 550 West C Street, Suite 790 |
| Palo Alto, CA 94301 | San Diego, CA 92101 |
| Tel: (650) 326-2980 | Tel: (801) 364-6474 |
| Fax: (650) 326-9704 | Fax: (801) 364-5014 |
| Email: dolmos@nbo.law | Email: jeremy@jeremydelicino.com |

Counsel for Defendant
Joshua George

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

# SACRAMENTO DIVISION

| | |
|---|---|
| THE UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>JOSHUA BILAL GEORGE, ET AL.<br><br>Defendants. | Case No. 18-CR-0266-WBS<br><br>**DEFENDANT JOSHUA GEORGE'S ADMINISTRATIVE MOTION TO REMOVE DOCUMENT WITH PERSONAL INFORMATION (EXHIBIT A TO MOTION TO SUPPRESS, DOCKET ENTRY NO. 109-1); ORDER**<br><br>Date: April 13, 2020<br>Time: 9:00 a.m.<br>Court: Hon. William B. Shubb |

Defendant Joshua George, through his undersigned counsel, files this Administrative Motion to Remove the following document from ECF, submitted electronically on March 9, 2020 by defendant:

1. Case No. 18-CR-0266-WBS; Docket Entry Number 109-1: Exhibit A to Motion to Suppress.

This document contains personal information that was inadvertently not redacted. Defendant has since filed a redacted "Replacement" Exhibit A to protect the privacy interests of several individuals mentioned in the Exhibit. Defendant has contacted the ECF Help Desk

regarding this issue and was instructed to file the redacted Exhibit, which defendant has done, and to then request that the original, incorrect Exhibit A be removed from the docket.

For the foregoing reasons, Defendant respectfully requests that the Court grant Defendant's Motion to Remove.

Dated: March 9, 2020                    NOLAN BARTON & OLMOS, LLP

                                         /s/ Daniel B. Olmos
                                        Daniel B. Olmos
                                        Attorney for Defendant Joshua George

### ORDER

Having reviewed and considered Defendant Joshua George's Motion to Remove Document with Personal Information, (Exhibit A to Defendant's Motion to Suppress, Docket Entry No. 109-1) which Defendant filed concurrently with Defendant's Motion to Suppress on March 9, 2019, and good cause appearing therefore, IT IS HEREBY ORDERED THAT, Defendant's Motion shall be granted.

**IT IS SO ORDERED.**

Dated: March 10, 2020

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE