| | |
|---|---|
| 1 | MCGREGOR W. SCOTT<br>United States Attorney |
| 2 | ROBERT J. ARTUZ<br>Special Assistant U.S. Attorney |
| 3 | 501 I Street, Suite 10-100<br>Sacramento, CA 95814 |
| 4 | Telephone: (916) 554-2700<br>Facsimile: (916) 554-2900 |

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>ERIC LEMOYNE WILLIS,<br><br>Defendant. | CASE NO. 2:18-CR-0266-WBS<br><br>STIPULATION AND [PROPOSED] ORDER TO CONTINUE SENTENCING HEARING<br><br>DATE: March 23, 2020<br>TIME: 9:00 AM<br>COURT: Hon. William B. Shubb |

**STIPULATION**

1. By previous order, the Court set this matter for sentencing as to Defendant Eric Lemoyne Willis on March 23, 2020.

2. The parties request additional time to prepare for the sentencing hearing.

3. By this stipulation, the parties now move to continue the sentencing hearing until September 8, 2020 at 9:00 a.m.

/ / /

/ / /

/ / /

/ / /

/ / /

STIPULATION AND [PROPOSED] ORDER TO CONTINUE SENTENCING HEARING

1

4. The parties also request that the Court suspend the PSR disclosure schedule at the stage until further notice form the parties and Probation. This request has been discussed with the Probation Officer and she is in agreement.

IT IS SO STIPULATED.

Dated: March 13, 2020
McGREGOR W. SCOTT
United States Attorney

/s/ ROBERT J. ARTUZ
ROBERT J. ARTUZ
Special Assistant U.S. Attorney

Dated: March 13, 2020
/s/ DANIEL OLSEN
DANIEL OLSEN
Counsel for Defendant
ERIC LEMOYNE WILLIS

## FINDINGS AND ORDER

The sentencing hearing for Defendant Eric Lemoyne Willis is hereby continued to September 8, 2020 at 9:00 a.m., and the PSR disclosure schedule is suspended until further order from the Court.

IT IS SO ORDERED.

Dated: March 16, 2020

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE