DANIEL L. OLSEN, #261645
Abrate and Olsen Law Group
655 University Ave, Suite 230
Sacramento, California 95825
Telephone: (916) 550-2688
Attorney for Eric Willis

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　vs.<br><br>ERIC WILLIS,<br><br>　　　　Defendant. | Case No.: 2:18-CR-00266-WBS<br><br>STIPULATION REGARDING AMENDMENT TO THE SPECIAL CONDITIONS OF RELEASE<br><br>DATE: July 17, 2020<br><br>COURT: Hon. Allison Claire |

**IT IS HEREBY STIPULATED BY AND AMONG ALL PARTIES**

1. Mr. Willis is currently on pre-trial release under the supervision of Pretrial Services with an unsecured $25,000 bond.
2. Since his release in December of 2018, Mr. Willis has been in compliance with all of his conditions of release.
3. Pretrial services does not have an objection to this request.
4. The Government does not have an objection to this request.
5. By this stipulation, defendant now moves for an order to amend Mr. Willis's special conditions of release to add: "You must participate in a program of medical or psychiatric treatment, including treatment for drug or alcohol dependency, as approved by the pretrial services officer. You must pay all or part of the costs of the counseling services based upon your ability to pay, as determined by the pretrial services officer." All other orders currently in effect will remain in effect.

- 2 -

**IT IS SO STIPULATED.**

DATED: July 17, 2020                By:    /s/ Daniel L. Olsen
                                           DANIEL L. OLSEN
                                           Attorney for Eric Willis


DATED: July 17, 2020                       McGregor Scott
                                           United States Attorney

                                    By:    /s/ Daniel L. Olsen for
                                           Robert Artuz
                                           Assistant United States Attorney

**IT IS SO ORDERED.**

DATED: July 24, 2020                _____
                                    ALLISON CLAIRE
                                    UNITED STATES MAGISTRATE JUDGE