MCGREGOR W. SCOTT
United States Attorney
ROBERT J. ARTUZ
Special Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. 2:18-CR-000266-WBS |
| Plaintiff, | STIPULATION AND ORDER TO CONTINUE SENTENCING HEARING |
| v. | DATE: September 8, 2020<br>TIME: 9:00 AM<br>COURT: Hon. William B. Shubb |
| ERIC LEMOYNE WILLIS, | |
| Defendant. | |

**STIPULATION**

1. By previous order, the Court set this matter for sentencing as to Defendant Eric Lemoyne Willis on September 8, 2020.

2. The parties request additional time to prepare for the sentencing hearing.

3. By this stipulation, the parties now move to continue the sentencing hearing until December 7, 2020.

///

///

///

///

///

STIPULATION AND ORDER TO CONTINUE SENTENCING HEARING

1

IT IS SO STIPULATED.

Dated:  September 2, 2020         McGREGOR W. SCOTT
                                  United States Attorney

                                  /s/ ROBERT J. ARTUZ
                                  ROBERT J. ARTUZ
                                  Special Assistant U.S. Attorney

Dated:  September 2, 2020         /s/ DANIEL OLSEN
                                  DANIEL OLSEN
                                  Counsel for Defendant
                                  ERIC LEMOYNE WILLIS

## FINDINGS AND ORDER

The sentencing hearing for Defendant Eric Lemoyne Willis is hereby continued to December 7, 2020 at 9:00 a.m.

IT IS SO ORDERED.

Dated:  September 3, 2020

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

Stipulation and Order to Continue Sentencing Hearing

2