1  McGREGOR W. SCOTT
   United States Attorney
2  ROBERT J. ARTUZ
   Special Assistant U.S. Attorney
3  501 I Street, Suite 10-100
   Sacramento, CA 95814
4  Telephone: (916) 554-2700
   Facsimile: (916) 554-2900
5

6  Attorneys for Plaintiff
   United States of America
7

8

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO. 2:18-CR-000266-WBS |
|---|---|
| Plaintiff, | STIPULATION AND ORDER TO CONTINUE SENTENCING HEARING |
| v. | DATE: December 7, 2020 |
| ERIC LEMOYNE WILLIS, | TIME: 9:00 AM |
| Defendant. | COURT: Hon. William B. Shubb |

**STIPULATION**

1. By previous order, the Court set this matter for sentencing as to Defendant Eric Lemoyne Willis on December 7, 2020.

2. The parties request additional time to prepare for the sentencing hearing.

3. By this stipulation, the parties now move to continue the sentencing hearing until March 15, 2021 at 9:00 a.m.

/ / /

/ / /

/ / /

/ / /

/ / /

Stipulation and [Proposed] Order to Continue Sentencing Hearing

1

IT IS SO STIPULATED.

Dated: December 2, 2020

McGREGOR W. SCOTT
United States Attorney

/s/ ROBERT J. ARTUZ
ROBERT J. ARTUZ
Special Assistant U.S. Attorney

Dated: December 2, 2020

/s/ DANIEL OLSEN
DANIEL OLSEN
Counsel for Defendant
ERIC LEMOYNE WILLIS

**FINDINGS AND ORDER**

The sentencing hearing for Defendant Eric Lemoyne Willis is hereby continued to March 15, 2021 at 9:00 a.m.

IT IS SO ORDERED.

Dated: December 2, 2020

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE