PHILLIP A. TALBERT
Acting United States Attorney
ROBERT J. ARTUZ
Special Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>ERIC LEMOYNE WILLIS,<br><br>Defendant. | CASE NO. 2:18-CR-000266-01-WBS<br><br>STIPULATION AND ORDER TO CONTINUE SENTENCING HEARING<br><br>DATE: March 15, 2021<br>TIME: 9:00 AM<br>COURT: Hon. William B. Shubb |

**STIPULATION**

1. By previous order, the Court set this matter for sentencing as to Defendant Eric Lemoyne Willis on March 15, 2021.

2. The parties request additional time to prepare for the sentencing hearing.

3. By this stipulation, the parties now move to continue the sentencing hearing until July 19, 2021.

///

///

///

///

///

IT IS SO STIPULATED.

Dated: March 10, 2021                    PHILLIP A. TALBERT
                                         Acting United States Attorney

                                         /s/ ROBERT J. ARTUZ
                                         ROBERT J. ARTUZ
                                         Special Assistant U.S. Attorney

Dated: March 10, 2021                    /s/ DANIEL OLSEN
                                         DANIEL OLSEN
                                         Counsel for Defendant
                                         ERIC LEMOYNE WILLIS

## FINDINGS AND ORDER

The sentencing hearing for Defendant Eric Lemoyne Willis is hereby continued to July 19, 2021 at 9:00 a.m.

IT IS SO ORDERED.

Dated: March 10, 2021

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE