PHILLIP A. TALBERT
Acting United States Attorney
ROBERT J. ARTUZ
Special Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO. 2:18-CR-0266-WBS |
|---|---|
| Plaintiff, | STIPULATION AND ORDER TO CONTINUE SENTENCING HEARING |
| v. | DATE: July 19, 2021<br>TIME: 9:00 AM<br>COURT: Hon. William B. Shubb |
| ERIC LEMOYNE WILLIS, | |
| Defendant. | |

**STIPULATION**

1. By previous order, the Court set this matter for sentencing as to Defendant Eric Lemoyne Willis on July 19, 2021.

2. The parties request additional time to prepare for the sentencing hearing, and Probation is also in need of additional time to prepare the Presentence Investigation Report. The parties anticipate that this will be the last continuance of Judgment and Sentencing for this defendant.

3. By this stipulation, the parties now move to continue the sentencing hearing until December 6, 2021.

///

///

///

STIPULATION AND ORDER TO CONTINUE SENTENCING HEARING

1

IT IS SO STIPULATED.

Dated: July 14, 2021                           PHILLIP A. TALBERT
                                               Acting United States Attorney


                                               /s/ ROBERT J. ARTUZ
                                               ROBERT J. ARTUZ
                                               Special Assistant U.S. Attorney


Dated: July 14, 2021                           /s/ DANIEL OLSEN
                                               DANIEL OLSEN
                                               Counsel for Defendant
                                               ERIC LEMOYNE WILLIS


**FINDINGS AND ORDER**

The sentencing hearing for Defendant Eric Lemoyne Willis is hereby continued to December 6, 2021 at 9:00 a.m.

IT IS SO ORDERED.

Dated: July 15, 2021

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE