PHILLIP A. TALBERT
United States Attorney
ROBERT J. ARTUZ
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO. 18-CR-266-WBS |
|---|---|
| Plaintiff, | ORDER GRANTING GOVERNMENT'S UNOPPOSED MOTION TO AMEND RESTITUTION ORDERS |
| v. | |
| ERIC LEMOYNE WILLIS and JOSHUA BILAL GEORGE, | COURT: Hon. William B. Shubb |
| Defendants. | |

The Government's Unopposed Motion to Amend Restitution Orders is GRANTED. The Restitution Orders for Defendants Eric Lemoyne Willis and Joshua Bilal George shall be amended as follows:

$694,025.48 to: Social Security Administration
$2,886.56 to: Victim J.P. (deceased) and spouse
Total Restitution Ordered = $696,912.04

The Court will file amended judgments including this change based on Probation's submission of amended restitution attachments.

IT IS SO ORDERED.

Dated: September 23, 2022

_____
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

ORDER   1